UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JIANGXO ZHENGAO RECYCLED TEXTILE      :
CO., LTD.,                            :
                    Plaintiff,    :   24 Civ. 3434 (LGS)
:
        -against-            :   ORDER
:
AMAZON.COM SERVICES, LLC, et al.,     :
                   Defendants.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants removed this action from state court on May 3, 2024.

    WHEREAS, Defendants filed a certificate of service of the notice of removal on May 3, 2024.

    WHEREAS, Defendants filed a letter dated May 9, 2024, proposing a briefing schedule on anticipated cross-motions to confirm the arbitration award. The letter stated that counsel for the parties had agreed upon the proposed schedule.

    WHEREAS, an Order dated May 14, 2024, directed the parties to brief the cross-motions in accordance with their proposed briefing schedule. The briefing schedule required Plaintiff to serve and file its amended motion to vacate the award by May 17, 2024.

    WHEREAS, Plaintiff did not timely file its amended motion and has not appeared in this action. It is hereby

    **ORDERED** that Defendants shall serve copies of this Order and the May 14, 2024, Order on Plaintiff and file proof of service by **May 24, 2024.**

Dated: May 21, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE