UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIANGXO ZHENGAO RECYCLED TEXTILE
CO., LTD.,
                              Plaintiff,         24 Civ. 3434 (LGS)

        -against-                          ORDER

AMAZON.COM SERVICES, LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendants removed this action from state court on May 3, 2024.

      WHEREAS, Defendants filed a certificate of service of the notice of removal on May 3, 2024.

      WHEREAS, Defendants filed a letter dated May 9, 2024, proposing a briefing schedule on anticipated cross-motions to confirm the arbitration award. The letter stated that counsel for the parties had agreed upon the proposed schedule.

      WHEREAS, an Order dated May 14, 2024, directed the parties to brief the cross-motions in accordance with their proposed briefing schedule. The briefing schedule required Plaintiff to serve and file its amended motion to vacate the award by May 17, 2024.

      WHEREAS, Plaintiff had not appeared in the action and did not timely file its amended motion.

      WHEREAS, a May 21, 2024, Order directed Defendants to serve Plaintiff with copies of this Court's orders.

      WHEREAS, Defendants filed proof of service on May 22, 2024.

      WHEREAS, Plaintiff filed a notice of appearance on May 23, 2024. It is hereby

**ORDERED** that the parties shall meet and confer and file a revised proposed briefing schedule by **May 31, 2024.**

Dated: May 28, 2024
       New York, New York

                                         LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE