**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JIANGXO ZHENGAO RECYCLED TEXTILE
CO., LTD.,

       Petitioner,        24 **CIVIL** 3434 (LGS)

   -against-          **JUDGMENT**

AMAZON.COM SERVICES LLC, et al.,

       Respondents.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2025, Petitioner's motion to vacate the Award is DENIED, and Respondents' cross-motion to confirm is GRANTED. Petitioner's request for remand to conduct an expedited arbitration before a new arbitrator is DENIED as moot. Accordingly, the case is closed.

**Dated:** New York, New York
     March 14, 2025

                    **TAMMI M. HELLWIG**
                     **Clerk of Court**

          **BY:**
                _____
                   **Deputy Clerk**